UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Paxi, LLC,

        Plaintiff(s),

09 Civ. 4739 (CM) (DCF)

-against-

CALENDAR NOTICE

Shiseido Americas Corporation, et al,
        Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned matter has been **re-scheduled for** a :

| ✓ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, February 19, 2010 at 10:45 A.M.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007 .

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: January 22 , 2010
       New York, New York

So Ordered

_[signature]_

Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/10